ACCEPTED
03-14-00383-CV
4507160
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 11:02:05 AM
JEFFREY D. KYLE
CLERK

# KASLING, HEMPHILL, DOLEZAL & ATWELL, L.L.P.

### 301 CONGRESS AVENUE, SUITE 300
### AUSTIN, TEXAS 78701
### (512) 472-6800
### FAX: (512) 472-6823

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/16/2015 11:02:05 AM

JEFFREY D. KYLE
Clerk

March 16, 2015

**COURTS:**

U.S. District Court, Western District – Austin Division – *Efile*
Travis County District Clerk – *Efile*
The Third Court of Appeals - *Efile*
Harris County District Clerk – *Efile*
Williamson County Clerk – *Efile*

Travis County Clerk – *Efile*
Bexar County District Clerk - *Efile*
Williamson County District Clerk – *Efile*
Denton County District Clerk - *Efile*

**ATTORNEYS:**

Troy Voelker, *Efile troy@mcneryvoelker.com*
Robert Vela, *Efile Robert@jptexaslaw.com*
Christine Duperrior – *Efile cduperrior@bbarr.com*
Roger Geer, *Efile rgeer@thewillislawgroup.com*
Heidi Heinrich, *Email heidi@heinrichchristian.com*
Bradley James, *Email bjames@oneclickcleaners.com*
Angela Thompson, *Email a_thompsonbws@yahoo.com*
Greg Kondoff, *Email vp@grandtexan.com*
Michael Burnett, *Efile mburnett@pbtbm.com*
Robert Blankenship, *Email rblankenship14@gmail.com*
Steven G. Baughman, *Efile sbaughmanlaw@comcast.com*
Susannah A. Stinson, *Efile Susannah@susannahstinson.com*
Richard E. Greenblum, *Efile richard@richardgreenblum.com*
L. Alan Grundy, Asst. AG, *Efile alan.grundy@texasattorneygeneral.gov*
David Schubert & Stephen Burnett, *Efile dschubert@schubertevans.com and sburnett@schubertevans.com*
Sheryl Rasmus and Jean Kelly, *Efile sgrasmus@rasmusfirm.com and jkelly@rasmusfirm.com*
John P. Henry and Christine Gonzales, *Efile jhenry@jhenrylaw.com; cgonzales@jhenrylaw.com*
Jodi Lazar and Mairin Peevey, *Efile jodi@lazarlaw.com and mairin@lazarlaw.com*
Alan Braun and Kathleen Miele, *Efile alanb@jeffdavislawfirm.com and kathleenm@jeffdavislawfirm.com*

David A. Wright, *Email dwright@dwlaw.com*
Timothy Woods, *Email twoods@higerallen.com*
Ann Taylor, *Efile ast@khkclaw.com*
Glenn Brown, *Efile glenn@hopkinswilliamson.com*
Peter Ferraro, *Efile ferrarolaw@mac.com*
Greg Sapire, *Efile greg.sapire@klgates.com*
Lena Pavlova, *Email lena.pavlova@enersafe.com*
Scott Herlihy, *Efile sbhlaw@me.com*
Joe Michels, Jr., *Efile joe@michelsfirm.com*
John D. Guerrini, *Email Guerrini@guerrinilaw.com*
Bryan E. Eggleston, *Efile bryan@lonestarlawfirm.com*
Jerry Frank Jones, *Efile jerry@jerryfrankjones.com*

**RE: VACATION LETTER**

Dear All:

I will be on vacation the following dates: (1) March 16, 2015 through March 20, 2015 and (2) June 2, 2015 through June 11, 2015. Please do not set anything during these weeks.

Thank you for your assistance in this matter and please call if you have any questions.

Sincerely,

Trey Dolezal

TLD/mac